IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE DONKOR,  )
                Plaintiff,  )  2:11-cv-01912-GEB-GGH
         v.  )  ORDER RE: SETTLEMENT AND DISPOSITION
DIVERSIFIED COLLECTION SERVICES, INC.,  )
                Defendant.  )
_____

        Plaintiff filed a Notice of Settlement on March 8, 2012, in which she states, "a settlement of the present matter has been reached[,] and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days." (ECF No. 12.) Plaintiff also requests in the Notice of Settlement that all dates currently set on calendar be vacated. Id.

        In light of Plaintiff's Notice of Settlement, a dispositional document shall be filed no later than April 9, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions."). Further, Plaintiff's request that all dates be vacated is denied, since the mere representation that a case has been settled does not justify vacating a

1

1  scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir.
2  1987) (indicating that a representation that claims have been settled
3  does not necessarily establish the existence of a binding settlement
4  agreement).
5          IT IS SO ORDERED.
6  Dated:  March 8, 2012
7
8          _____
           GARLAND E. BURRELL, JR.
9          United States District Judge